ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 MAR 29 A 11: 02
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| LAWRENCE WINKELS, | ) |
| Plaintiff, | ) |
| v. | ) CV 310-076 |
| JOSE MORALES, Warden, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims for mishandling grievances, denial of access to the courts, invasion of bodily privacy, deliberate indifference to a serious medical need, violation of the Americans with Disabilities Act, and deliberate indifference through negligent hiring or supervision are **DISMISSED**. In addition, Defendants Morris, Clark, and Henderson are **DISMISSED** from this case.

SO ORDERED this 29th day of March, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE