# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 AUG 20  PM 1:43

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LAWRENCE WINKELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-076 |
| | ) | |
| JOSE MORALES, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment is **GRANTED** (doc. no. 40), Plaintiff's motion for summary judgment is **DENIED** (doc. no. 43), a final judgment shall be **ENTERED** in favor of Defendants, and this civil action shall be **CLOSED**.

SO ORDERED this 20th day of August, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE